# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., a Chinese Limited Corporation | Case: 24-cv-02319 |
| Plaintiff, | Judge: Franklin U. Valderrama |
| v. | Mag. Judge: Sunil R. Harjani |
| The Partnerships And Unincorporated Associations Identified On Schedule "A" | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEF. (NO. 31) LUNAFINA

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd. hereby dismisses this action with prejudice against the following Defendant identified on Schedule A to the Complaint as to Def. (No. 31) Lunafina.

Respectfully Submitted this 15th of May, 2024,

*Lydia Pittaway*
Fla. Bar No.: 0044790
Ford Banister LLC
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 212-500-3268
lpittaway@fordbanister.com